IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARISE CAUDLE                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
SOCIAL SECURITY ADMINISTRATION,             )
                                            )
            Defendant.                      )     Civil Action No. 3:22-CV-0527-C-BH

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising that the Defendant's Motion to Dismiss should be granted. The

parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, Plaintiff's claims are **DISMISSED** WITHOUT PREJUDICE for lack of subject matter

jurisdiction. To the extent that jurisdiction exists over Plaintiff's claims for violations of her

civil rights under *Bivens*, her *Bivens* claims are **DISMISSED** WITH PREJUDICE for failure to

state a claim.

SO ORDERED this 12th day of September, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE